UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL                    **JS-6**

| Case No. | **ED CV 12-1863-TJH(OPx)** | Date | JULY 17, 2014 |
|---|---|---|---|

| Title | DEBRA L. DIXON-PELLUM, ET AL. v. PARSONS CORPORATION, ET AL ., |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR.,  UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:     (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Joint Stipulation, filed July 11, 2014, indicating dismissal of the entire action, this action is hereby dismissed with prejudice.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All pending hearings are now taken off calendar.

IT IS SO ORDERED.